■ In the Matter of PAUL TAYLOR, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [797 NYS2d 341]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered May 21, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Jones v New York State Div. of Parole,* 8 AD3d 1098 [2004], *lv denied* 3 NY3d 609 [2004]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Pine, JJ.

■ In the Matter of CHARLES MOTZER, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [797 NYS2d 341]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered May 18, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe,* 234 AD2d 996 [1996]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Pine, JJ.